1  William E. Bonham, SB# 55478
   Attorney at law
2  Hotel de' France Bldg., Old Sacramento
   916 Second Street, 2nd Flor., Ste. A
3  Sacramento, California 95814
   Telephone:  (916) 557-1113
4
   Attorney for ROBERT ANTHONY **McCLARY**
5

6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      )  CR. No. **S-06-451 EJG**
11                                 )
                        Plaintiff, )  STIPULATION AND PROPOSED ORDER
12           v.                    )
                                   )
13                                 )
   NEAL EDWARD PETERSON;           )
14 ROBERT ANTHONY McCLARY;         )
                                   )
15                      Defendants )
   _____ )
16

17       The defendants, ROBERT ANTHONY McCLARY and NEAL EDWARD

18 PETERSON, through their respective undersigned counsel, and the

19 United States, through its undersigned counsel, agree and

20 stipulate that the status conference hearing currently scheduled

21 for Friday August 10, 2007, should be vacated and reset for

22 Friday September 7, 2007, at 10:30 a.m. in Courtroom 8.

23       The continuance is necessary to join these two defendants

24 with the remaining codefendants who are presently set for

25 September 7, 2007 at 10:00 a.m..  Additionally, defense counsel

26 was appointed on June 26, 2007 and has yet to receive discovery.

27       The parties further agree and stipulate that time should be

28 excluded under the Speedy Trial Act due to needs of counsel to

   prepare [Local Code T4] and for receipt of discovery of the

1  investigation as well as to join with the other defendants in the

2  case.

3       Mr. McClary is in custody and will be notified by defense

4  counsel.  Michael B. Bigelow, attorney for Neal Peterson

5  requested this continuance and gave authorization to sign and

6  submit this stipulation and will notify his client of the date.

7       Accordingly, the defendants and the United States agree and

8  stipulate that the status conference should be continued until

9  10:30 a.m. on September 7, 2007.  AUSA William S. Wong has agreed

10 with defense counsel to the continuance and has given defense

11 counsel authorization to sign and submit this stipulation on

12 August 8, 2007.

13

14 Dated: August 8, 2007

15                              McGREGOR W. SCOTT
                                United States Attorney
16
                                 /s/ William S. Wong
17                           By:_____
                                WILLIAM S. WONG
18                              Assistant U.S. Attorney

19 Dated: August 8, 2007
                                ROBERT ANTHONY McCLARY
20                              Defendant

21

22                           By:/s/William E. Bonham___
                                WILLIAM BONHAM
23                              Counsel for Defendant

24
   Dated: August 8, 2007
25
                                NEAL EDWARD PETERSON, JR.
26                              Defendant

27

28                           By:/s/Michael B. Bigelow___

                                   2

1

2
MICHAEL B. BIGELOW
Counsel for Defendant

3

4                                   **ORDER**

5      **IT IS SO ORDERED** that this matter is continued until 10:00

6  a.m. on Friday September 7, 2007 for status conference.

7      I find that the  continuance is necessary to join with other

8  defendants and that time should be excluded under the Speedy

9  Trial Act due to needs of counsel to prepare [Local Code T4] and

10 for receipt of discovery of the investigation.  Accordingly, time

11 should be excluded under the Speedy Trial Act due to needs of

12 counsel to prepare [local code T4], up to and including September

13 7, 2007.

14

15 Dated: August_9, 2007

16                                 /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
17                                 Senior U.S. District Judge

18

19

20

21

22

23

24

25

26

27

28