UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                            **RE:** Robert Anthony McClary
                                                      Docket Number: 2:06CR00451-04
                                                      **CONTINUANCE OF JUDGMENT**
                                                      **AND SENTENCING**

Sir:

It has been respectfully requested that the above-referenced case be continued from December 12, 2008, to January 21, 2009, at 10 a.m. (See attached Schedule for Disclosure)

**REASON FOR CONTINUANCE:** Due to the unavailability of the undersigned probation officer, all parties have agreed with this continuance request.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

SCOTT W. STOREY
United States Probation Officer

FILED
OCT 31 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**REVIEWED BY:** KAREN A. MEUSLING
Supervising United States Probation Officer

RE: **Robery Anthony McClary**
**Docket Number: 2:06CR00451-04**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

Dated: October 30, 2008
Sacramento, California

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____   10/30/08
**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number: 2:06CR00451-04 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Robert Anthony McClary** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | January 21, 2009 @ 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 16, 2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 9, 2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 2, 2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | December 19, 2008 |