William E. Bonham, SB# 55478
Attorney at law
Hotel de' France Bldg., Old Sacramento
916 Second Street, 2nd Flr., Ste. A
Sacramento, California 95814
Telephone:  (916) 557-1113

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. **S-06-451 EJG** |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING JUDGMENT & SENTENCING |
| | ) | |
| Robert Anthony McClary | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that Judgment and Sentencing hearing currently scheduled for Wednesday January 21, 2009, at 10:00 a.m. should be vacated and continued until Wednesday, **February 4, 2009,** at 10:00 a.m..

    Continuance is necessary in order to allow defense counsel sufficient time to meet with Defendant to review draft for objections to certain findings and recommendations in the report and to fully explain the Pre-Sentence Report and the Federal Sentencing Guidelines and other sentencing issues.

    AUSA William Wong has agreed, by phone, to the requested continuance for the stated reasons and authorized the undersign to sign this stipulation on his behalf.  Additionally, on the same date, the undersigned defense counsel notified USPO Scott

Storey of the continuance.

It is further stipulated that schedule for disclosure of PSR and filing objections be modified as follows:

| | |
|---|---|
| Judgment and sentencing date: | **02/04/09** |
| Motion for correction of PSR be filed and served: | **01/29/09** |
| PSR filed and disclosed: | **01/22/09** |
| Counsel's written objections be served: | **01/15/09** |

Proposed Pre-Sentence Report has been disclosed and served.

Accordingly, the defendants and the United States agree and stipulate that Judgment and Sentencing should be continued until 10:00 a.m. on Friday, February 4, 2009.

Dated: January 13, 2009

                                McGREGOR W. SCOTT
                                United States Attorney

                                /s/ William E. Bonham for
                          By:_____
                              WILLIAM S. WONG
                              Assistant U.S. Attorney

Dated: January 13 2009
                              Robert Anthony McClary
                              Defendant

                          By:/s/William E. Bonham
                            WILLIAM BONHAM
                            Counsel for Defendant

**ORDER**

IT IS SO ORDERED. Judgment and Sentencing for Defendant Robert Anthony McClary now set for January 21, 2009, at 10:00 a.m. is vacated and reset for Friday, February 4, 2009 at 10:00 a.m. and the schedule for filing the final Pre-Sentencing report and objections is modified as stated in above stipulation.

Dated: January 14, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge