William E. Bonham, CA SBN: 55478
916 Second Street, 2nd Floor, Ste. A
Sacramento, CA 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
E-mail: billbonham@mylaw.comcastbiz.net

Attorney for defendant Robert McClary

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No.   2:06-CR-451 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | APPLICATION FOR A COURT ORDER TO CONTINUE INITIAL APPEARANCE re: PROBATION REVOCATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT McCLARY, | ) | |
| | ) | |
| Defendant. | ) | Hon. Edward J. Garcia |
| | ) | Date: January 13, 2012 |
| _____ | ) | Time: 10:00 am |

Defendant Robert McClary, by and through his undersigned counsel hereby requests the Court issue an Order continuing defendants Initial Appearance re: Probation Revocation, currently on calendar for Friday, January 13, 2012 at 10:00 am to Friday, January 27, 2012 at 10:00 am.

Counsel is requesting a continuance to make contact with USPO Monica Romero in the Northern District who has been overseeing Mr. McClary's

1

supervised release.  Counsel has messages pending into the USPO but has not made personal contact at this point.

Counsel has spoken to AUSA William Wong and USPO Toni Ortiz for the Eastern District and neither have any objection to a continuance.

Therefore it is respectfully requested that the court sign the proposed order continuing the above mentioned matter from Friday, January 13, 2012 at 10:00 am to Friday, January 27, 2012 at 10:00am.

Dated: January 11, 2012          /s/ William E. Bonham
                                 Attorney for defendant Robert McClary

## ORDER

IT IS SO ORDERED.  The Initial Appearance re: Probation Revocation, currently on calendar for Friday, January 13, 2012 at 10:00 am is continued to Friday, January 27, 2012 at 10:00 am.

Dated: January 12,2012           /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 U.S. District Court Judge