**William E. Bonham**
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, CA 95814
billbonham@mylaw.comcastbiz.net

Telephone: (916) 557-1113
Facsimile: (916) 557-1118

<u>MEMORANDUM</u> *& Order*

March 8, 2012

To:         Honorable Judge Edward J. Garcia

From:       William E. Bonham

Case No:    <u>2:06-CR-451-EJG</u>

Defendant:  Robert McClary

*[handwritten: C IEJG]*

---

A disposition hearing is currently set in the above referenced case for defendant, Robert McClary, on March 16, 2012. Counsel requests that the disposition hearing be continued to April 6, 2012 to provide USPO Koehnen with time to obtain the necessary records and complete the Dispositional Report. Counsel has spoken with USPO Koehnen and AUSA William Wong and they have no objection to the continuance.

Please let me know if you need any additional information. Thank you for your time and assistance.

/s/ William E. Bonham for
William E. Bonham
Attorney for Defendant Robert McClary

**FILED**

MAR 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

## ORDER

IT IS SO ORDERED. The disposition hearing for defendant Robert McClary is continued to April 6, 2012.

Dated: March 13, 2012

_____
EDWARD J. GARCIA
U.S. District Court Judge