William E. Bonham
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, CA 95814
billbonham@mylaw.comcastbiz.net

**FILED**
APR 0 5 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Telephone: (916) 557-1113
Facsimile: (916) 557-1118

MEMORANDUM & Order

April 4, 2012

To:         Honorable Judge Edward J. Garcia

From:       William E. Bonham

Case No:    2:06-CR-451-EJG

Defendant:  Robert McClary

---

A disposition hearing is currently set in the above referenced case for defendant, Robert McClary, on April 6, 2012. Counsel requests that the disposition hearing be continued to April 13, 2012 to provide defense counsel with additional time to receive employment and counseling records that have been previously requested. Counsel has spoken with USPO Koehnen and AUSA William Wong and they have no objection to the continuance.

Please let me know if you need any additional information. Thank you for your time and assistance.

/s/ William E. Bonham for
William E. Bonham
Attorney for Defendant Robert McClary

## ORDER

IT IS SO ORDERED. The disposition hearing for defendant Robert McClary is continued to April 13, 2012.

Dated: April 4, 2012

EDWARD J. GARCIA
U.S. District Court Judge