William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Robert McClary

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 06-CR-451 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE |
| v. ) | DISPOSITION HEARING |
| ) | |
| ROBERT McCLARY ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The defendant, Robert McClary, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the disposition hearing currently set for Monday, June 17, 2013 at 9:30 am be vacated and continued until Monday, June 24, 2013 at 9:30 am. Counsel has spoken with AUSA Justin Lee and USPO Mizutani and they have no objection to the continuance.

Defense counsel needs additional time to negotiate settlement and remains that further consultation with the Government will lead to a resolution by agreement and proposal to the Court.

Counsel has had further delay in verifying defendant's two employment positions at the time of his arrest. Defendant McClary is in agreement with continuing this matter.

Counsel anticipates that he will be ready to proceed with the disposition hearing on June 24, 2013 without further delay.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate that the disposition hearing for defendant, Robert McClary should be continued until Monday, June 24, 2013 at 9:30 am.

Dated: June 13, 2013      BENJAMIN B. WAGNER
United States Attorney

By:/s/ WILLIAM BONHAM for
JUSTIN LEE
Assistant U.S. Attorney

Dated: June 13, 2013      By:/s/ WILLIAM BONHAM for
WILLIAM BONHAM
Counsel for defendant Robert McClary

## ORDER

IT IS ORDERED THAT THE disposition hearing currently set for Monday, June 17, 2013 at 9:30 am is vacated and continued to Monday, June 24, 2013 at 9:30 am.

Dated:   June 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE