William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Robert McClary

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 06-CR-451 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO CONTINUE |
| v. ) | DISPOSITION HEARING |
| ) | |
| ROBERT McCLARY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

  The defendant, Robert McClary, through his undersigned counsel and the United States, through its undersigned counsel, hereby agree and request that the dispositional hearing currently set for Monday, July 22, 2013 at 9:30 a.m. be vacated and continued until Monday, August 19, 2013 at 9:30 a.m.  Counsel has spoken with AUSA Justin Lee and he has no objection to the continuance. USPO Mizutani has been informed.

Defense counsel needs additional time to complete defense Dispositional Sentencing Memorandum that could lead to further consultation with the Government and possible resolution by agreement and proposal to the Court.

Counsel has diligently been attempting to verify Mr. McClary's employment. Mr. McClary had two employments with two different employers during the alleged abscond period from contact with his probation officer. The defense wants to present all obtainable evidence of Mr. McClary's activity during this period in issue. Counsel recently received the necessary records of Mr. McClary's employment with Tesla Motors, however, has been delayed until yesterday morning of receiving the employment records for his second, part-time employment. As a result of the delay, counsel needs additional time to complete and file the defendant's sentencing memorandum. Additionally, defense counsel needs additional time to consult with Mr. McClary's wife, Mika McClary, a security officer, as to her preparation of evidence and statement to the Court as to Mr. McClary's activity while living with her during the period in issue.

Counsel anticipates that he will be ready to proceed with the disposition hearing on August 19, 2013 without further delay.

I, William E. Bonham, the filing party, have received authorization from AUSA Justin Lee to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States stipulate that the disposition hearing for defendant, Robert McClary should be continued until Monday, August 19, 2013 at 9:30 am.

Dated: July 19, 2013         BENJAMIN B. WAGNER
                             United States Attorney

                             By:/s/ WILLIAM BONHAM for
                             JUSTIN LEE
                             Assistant U.S. Attorney

Dated: July 19, 2013         By:/s/ WILLIAM BONHAM for
                             WILLIAM BONHAM
                             Counsel for defendant Robert McClary

## ORDER

IT IS ORDERED THAT THE disposition hearing currently set for Monday, July 22, 2013 at 9:30 am is vacated and continued to Monday, August 19, 2013 at 9:30 am.

Dated: July 19, 2013

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE